UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

CIVIL MINUTES - GENERAL

| Case No.: | 2:21-CV-06275-AB (RAOx) | Date: | February 7, 2022 |
|---|---|---|---|

Title: *Heather Krantz v. Bloomberg L.P., et al.*

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Appearing | None Appearing |

**Proceedings:** [In Chambers] ORDER REMANDING CASE TO STATE COURT

On June 9, 2021, Plaintiff Heather Krantz filed a Complaint against several Defendants in the California Superior Court for the County of Los Angeles. (*See* ECF No. 1-2.)

On August 3, 2021, Defendants removed the matter to this Court based on diversity jurisdiction. To exercise diversity jurisdiction, a federal court must find complete diversity of citizenship among the adverse parties, and the amount in controversy must exceed $75,000, usually exclusive of interest and costs. *See* 28 U.S.C. § 1332(a).

On February 4, 2022, Plaintiff filed a First Amended Complaint naming a non-diverse Defendant. (*See* ECF No. 62.) Accordingly, the Court **REMANDS** the matter to the California Superior Court for the County of Los Angeles, 111 North Hill Street, Los Angeles, CA 90012, for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1447(c). Furthermore, the Court **ORDERS** the Clerk to send a certified copy of this Order to the state court and serve copies of this Order on the parties.

**IT IS SO ORDERED.**